**Order entered January 4, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00518-CV

**THE STATE OF TEXAS, ET AL., Appellants**

**V.**

**LBJ/BROOKHAVEN INVESTORS, L.P., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01518**

## ORDER

Before the Court is appellants' December 29, 2021 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **January 28, 2022**.

/s/    CRAIG SMITH
        JUSTICE